IN THE UNITED STATES DISTRICT COURT FOR THE N.D. OF GEORGIA, ATLANTA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
DEC 21 2020
JAMES N. HATTEN, Clerk
By: \_\_\_\_\_ Deputy Clerk

Christopher M. Watkins - plaintiff

vs

1:20-cv-04400-JPB-CCB

Nathan Deal - defendant

## AMENDED COMPLAINT AS TO ORIGINAL COMPLAINT: COUNT 1, VIOLATION OF FOURTEENTH AMENDMENT - SUPERVISORY LIABILITY

The plaintiff hereby, comes forth, presenting this suit alleging fourteenth amendment constitutional violations. The plaintiff was injured in a one vehicle accident while in the custody of Georgia state extradition officers, designated by the defendant, Nathan Deal after making requisition pursuant to Georgia annotated code 17-13-1(1) and article V11 of the I.A.D. The plaintiff was arrested by the ~~defendant~~ designated officers on 11-18-20 in NewKent Virginia.

On the day of the plaintiff arrest by the extradition officers, begining with placing the plaintiff into a detainee compartment, not equiped with seatbelts, after the plaintiff had requested prior to being placed into the compartment, to be secured prior to, with a seatbelt, but was denied a seatbelt. (note: the van did not have seatbelts). Argubally began creating a supervisory liability and causual connection to the overseeing authority of the defendant, if (1), that customary procedure in pratice created an unreasonable risk of a constitutional violation, and (2), the reasonableness of the defendants supervising authority. Needless to say _____ were

As it is the duty of the Governor of Georgia to develop effective policies, safe practices, and formal procedures, ensuring that the extradition of prisoners in to the State of Georgia would be an administered supervised affair. Furthermore, it is the Governor's duty to designate competent extradition officers to carry out those functions of State Guaranty.

(3) The supervisory negligence of the defendants by failing to develop effective policies, safe practices, and formal procedures pertaining to the extradition of detainees, notionally and intrastate, after being prompted by the General Assembly to do so, in Georgia annotated code 17-13-1(1) and 42-13-21, can be stated as a failure to provide supervisory duty of care and causal connection leading to what have followed it(H) Needless to say if he would have followed a written policy requiring Mandatory safety/log procedure, prior to each and every trip, in which a detainee being transported by extradition officers in a Motor Vehicle, as a pre requisited logging, verifying that the Transportation vehicle were beforehand equipped with seat belts, then a constitutional violation of the plaintiff's fourteenth amendment right would not have occurred. The plaintiff has fourteenth amendment right protected/eighth amendment not to be treated without trial cruelty. However, the facts in this current suit is different from the hypothetical analogy stated above. The plaintiff was injured in a accident in which the extradition officer, in who's custody

supervising over

the plaintiff was entrusted, had wrecklessly fell asleep at the wheel causing the vehicle to roll over on its roof five or six times. The plaintiff was being transported in a vehicle without seatbelts. The plaintiff had to be rescued by the North Carolina Highway patrol and the Gates county paramedic. This accident took place in Gates County North Carolina on 11-18-20. The Plaintiff is still undergoing medical treatment after being diagnosed with Post traumatic stress syndrome following the accident. In conclusion to this amended complaint attached to original for consideration. Please read statement of relief.

Humbally Submitted, 11-15-20
prose Christopher M. Watkins

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 21 2020

JAMES N. HATT[...] Clerk
By: [signature] Deputy Clerk

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Christopher M. Watkins
(Enter above the full name and prisoner
identification number of the plaintiff.)

1:20-cv-04400-JPB-CCB

vs.

Nathan Deal

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**
   A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

   Yes (✓)    No( )

   B. If you anser to A(1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
   1. Parties to this previous lawsuit:

   Plaintiff(s): Christopher M. Watkins

   Defendant(s): Nathan Deal, U.S.corr LLC, Governor office of Georgia

   2. Court (if federal court, name the district; if state court, name the county):
   Nathan Deal - US District court orlando, US Corr - US District court orlando, Governor office - Fulton county GA, US Corr - Gates County NC
   3. Docket Number: Still waiting for numbers in Fulton Gates, US District court orlando - 6:20-cv-01418-PGB
   01918-PE

*Note* Important
Plaintiff recently dismissed Deal as a defendant in his suit in Orlando.
C/NWW

III. **Previous Lawsuits (Cont'd)**
 4. Name of judge to whom case was assigned: Paul G. Byron - Orlando, Unassigned as of yet - Fulton Co
 5. Did the previous case involve the same facts: Unassigned as of yet - Gates co, N

 Yes (✓)   No ( )

 6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
 All suits are pending.

 7. Approximate date of filing lawsuit: 10-15-20 - Orlando, 11-10-20 Fulton co, 10-1-20 Gates, NC
 8. Approximate date of disposition: N/A

II. **Exhaustion of Administrative Remedies**
 A. Place of Present Confinement: N/A
 B. Is there a prisoner grievance procedure in this institution?

 Yes ( )   No ( )   N/A

 C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

 Yes ( )   No (✓)

 D. If your answer is YES:
 1. What steps did yo take and what were the results?

 _____
 _____
 _____

 2. if you answer is NO, explain why not: N/A, Not a suit pertaining to a Condition of Confinement, nor the suing of a prison official

III. **Parties**
(In item A below, place you name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

 A. Name of Plaintiff(s): Christopher M. Watkins

III. **Parties (Cont'd)**
    Address(es): Hampton Roads Regional Jail PO box 7609 Portsmouth VA 23707-7609

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s): Nathan Deal

     Employed as: ex Governor

     at State of Georgia

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count 1: 1983 - Violation of fourteenth Amendment - Analogous to the eighth (SUPERVISORY LIABILITY CLAIM) AGAINST DEFENDANT NATHAN DEAL: RECITING NEGLIGENCE FAILURE TO PROVIDE SUPERVISORY DUTY OF CARE.

SEE DOC. 1 FOR FACTS AND ATTACHED AMENDED COMPLAINT

IV. Statement of Claim (Cont'd)

V. Relief
State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

The plaintiff is asking for rewards and compensation in the amount of three millon dollars $3,000,000.00 for punative, compensatory and nominal damages, for pain and suffering mental anguish future loss wages future Medical expences And Lawyer fees, From the Defendant Nathan Deal, in this current suit at hand.

V. Relief (Cont'd)

_____
_____
_____
_____
_____
_____
_____
_____

Signed this **Thirteenth** day of **Eleventh Month**, 19 **2020**

pro se – Christopher M. Watkins
Signature of Plaintiff

STATE OF **Virginia**
COUNTY (CITY) OF **Portsmouth**

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON **11-13-20**
(Date)

Christopher M. Watkins
Signature of Plaintiff

Dear Clerk,

Pleas note that the Plaintiff is only temporarily housed at this Jail facility

Ive been having problems with my outgoing mail being returned. Hopefully, Im scheduled for release on → 12-8-20. Upon Arriving home I will contact clerk A.S.A.P as to a change of address.

Humbly,

Pro se. C. Watkins

Dear Clerk,
I had to resend twice
deadline on 12-2-20
Close Call

Watkins

Christopher M. Watkins 0036878
Hampton Roads Regional Jail
PO Box 7609
Portsmouth VA 1/3
23707-7609

₣306

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 23707060909        *1950-04825-16-46

RICHMOND VA 230
16 NOV 2020 PM 6 L

Clerk for The United States
District Court for the Northern
District of Georgia, Atlanta
Division,
Richard B. Russel Federal
Building
Atlanta Georgia 303

Case 5:21-ct-03031-FL    Document 9    Filed 12/21/20    Page 11 of 12

Christopher M. Watkins 00365578
Hampton Roads Regional Jail
Po Box 7609
Portsmouth VA 23707-7609

CLEARED
DEC 21 2020
U.S. Marshals
Atlanta, GA

*JAIL INMATE*

RICHMOND VA 230
7 DEC 2020 PM 4 L



Clerk of Court,
US District Court for the
Northern District of Georgia,
US Court house,
75 Spring st
Atlanta Georgia 30303-3309